IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARTHUR MUNGARAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-63 (JLH) |
| | ) | |
| WELLS FARGO BANK, N.A., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

At Wilmington, this 17th day of December, 2025:

WHEREAS, on January 15, 2025, *pro se* Plaintiff Arthur Mungaray initiated the above-captioned civil action by filing a complaint against Defendant Wells Fargo Bank, N.A. "solely as Trustee for Structured Asset Mortgage Investments II Inc., Greenpoint Mortgage Funding Trust 2005-AR5 I, Mortgage Pass-Through Certificates, Series 2005-AR5" and "Does 1 through 15, inclusive" (D.I. 2);

WHEREAS, Defendant Wells Fargo Bank, N.A. has moved to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(5) for lack of personal jurisdiction, improper venue, and insufficient service of process (D.I. 14);

WHEREAS, in response to Defendant's motion to dismiss for lack of personal jurisdiction, improper venue, and insufficient service of process, Plaintiff argues that the mortgage held in trust by Defendant on Plaintiff's property has been declared invalid pursuant to a default judgment entered by a California state court (D.I. 18);

WHEREAS, on December 3, 2025, Defendant advised the Court that the state court default judgment that forms the basis for all of Plaintiff's claims in this case was vacated by the state court (D.I. 22); and

WHEREAS, even if Defendant were properly served and subject to personal jurisdiction in Delaware, venue would nevertheless be improper because (1) Defendant is not a resident of Delaware; and (2) the subject property is in California and the events or omissions giving rise to the claim did not occur in Delaware, *see* 28 U.S.C. § 1391;

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant Wells Fargo Bank, N.A.'s request to dismiss for improper venue (D.I. 14) is **GRANTED**. The Complaint (D.I. 2) is DISMISSED without prejudice. The Clerk of Court is directed to **CLOSE** the case.

_____
The Honorable Jennifer L. Hall
United States District Judge